IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Nicole J. Kiousis, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 11 C 33 |
| Encore Receivable Management, Inc., a Kansas corporation, ) ) ) | Judge Leinenweber |
| Defendant. ) | |

**JOINT MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT AGREEMENT**

Plaintiff, Nicole J. Kiousis, and Defendant, Encore Receivable Management, Inc., submit this Joint Motion, pursuant to Fed. R. Civ. P. 23, for preliminary approval of the Class Action Settlement Agreement. In support of this motion, the parties' state:

1. A Class Action Settlement Agreement, dated March 10, 2011, and attached as Exhibit 1, has been entered into by the parties.

2. The proposed Class Notice is attached as Exhibit 2.

3. The proposed Order Granting Preliminary Approval to the Class Action Settlement Agreement is attached as Exhibit 3.

4. The parties represent to the Court:

   A. That the proposed settlement was reached through arms-length negotiations between Plaintiff's Counsel and Defendant's Counsel;

   B. That the proposed settlement is fair, reasonable and adequate to the members of the Class in light of the alleged violation by Defendant of the FDCPA; and,

1

      C.      That the Settlement Agreement represents the compromise of disputed claims, that it in no way constitutes an admission of liability by Defendant with respect to any of the material allegations in the Complaint, and that Defendant specifically denies that its actions constitute a violation of the FDCPA to any extent whatsoever.

     5.    Plaintiff's Counsel represents to this Court that they are able, experienced and well-qualified to evaluate the fairness of the proposed settlement on behalf of the members of the Class and that Counsel are in favor of this Motion. The Declaration of Plaintiff's Counsel, David J. Philipps, setting forth his experience and qualification is attached as Exhibit 4.

WHEREFORE, the parties request that this Court grant preliminary approval to the Class Action Settlement Agreement and enter the order attached as Exhibit 3.

Dated: March 17, 2011

Plaintiff's Counsel,

/s/ David J. Philipps
David J. Philipps      (Ill. Bar. No. 06196285)
Mary E. Philipps      (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com

Defendant's Counsel,

/s/ Corrine C. Heggie
Corinne C. Heggie   (Ill. Bar No. 06276412)
Hinshaw & Culbertson, LLP
222 N. LaSalle Street
Suite 300
Chicago, Illinois 60601
(312) 704-3000
(312) 704-3001 (FAX)
cheggie@hinshawlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2011, a copy of the foregoing **Joint Motion For Preliminary Approval Of Class Action Settlement Agreement** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Corinne C. Heggie  cheggie@hinshawlaw.com
Hinshaw & Culbertson, LLP
222 N. LaSalle Street
Suite 300
Chicago, Illinois 60601

/s/David J. Philipps
David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com