IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Nicole J. Kiousis, individually and on behalf of all others similarly situated, </br></br>Plaintiff, </br></br>v. </br></br>Encore Receivable Management, Inc., a Kansas corporation, </br></br>Defendant. | No.  11 C 33 </br></br>Judge Leinenweber |

**ORDER GRANTING**
**PRELIMINARY APPROVAL OF SETTLEMENT**

This cause comes before the Court on the Joint Motion of Class Representative Nicole J. Kiousis, and Defendant Encore Receivable Management, Inc., a Kansas corporation, ("Encore"), for Preliminary Approval of the Class Action Settlement Agreement, due notice having been given, and the Court being fully advised in the premises:

THE COURT HEREBY FINDS THAT:

1.  The parties have entered into a Class Action Settlement Agreement ("Agreement") dated March 10, 2011.

2.  The Agreement has been submitted to the Court for preliminary approval pursuant to Fed. R. Civ. P. 23.

3.  The Complaint in this action alleges that Encore violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. ("FDCPA").

4.  Encore denies that it has any liability to Plaintiff or the Class whatsoever, and further denies that its actions violated the FDCPA in any manner.

1

5. The Complaint sought recovery of statutory damages pursuant to § 1692k of the FDCPA. Under § 1692k, the maximum statutory damages recoverable by the Plaintiff is $1,000 and the maximum statutory damages recoverable by the Class against Encore is the lesser of 1% of their net worth or $500,000. In this case, that amount is $500,000.

6. The Agreement calls for payment of $1,000 to the Plaintiff, and $155,000 to the Class, to be distributed pro-rata to each class member who timely returns a claim form, with a maximum payment of $500 per class member. The Court finds these amounts to be fair, adequate and reasonable for the following reasons, among others, Plaintiff and the Class are receiving, and Encore is paying, a sufficient amount of statutory damages under the FDCPA.

7. This Court hereby certifies a Class in this matter, pursuant to Fed.R.Civ.P. 23(b)(3), of all persons similarly situated in the State of Illinois, from whom Defendant Encore attempted to collect a delinquent consumer debt owed for an HSBC credit card, via the same initial form collection letter that was sent to Plaintiff (Complaint Exhibit C), which did not contain a 30-day validation notice, and as to which said notice was not provided to the consumer within 30 days of the initial letter from January 4, 2010, to January 4, 2011. Moreover, Nicole J. Kiousis, is appointed as representative of the Class and her attorneys, David J. Philipps and Mary E. Philipps of Philipps & Philipps, Ltd., are appointed as Class Counsel.

8. Class Counsel is to send out the Class notice and distribute the settlement fund to the Class. Class Counsel is to receive $21,000 for their attorneys' fees and costs in this matter and will submit a motion, containing their time records, requesting

an award in this amount, which will show that Class Counsel has incurred this amount in fees and costs.

9.  The Court hereby approves the sending by Class Counsel, within 21 days of this Order, the Class Notice in the form attached as Exhibit 2 to the Joint Motion to the Settlement Agreement to each Class Member at their last known address.

10. The Court finds that the settlement negotiations were conducted at arms-length and in good faith among all parties and preliminarily finds that the terms of the Settlement Agreement are fair, reasonable and adequate to Plaintiff and all members of the Class. In addition to the other facts stated herein, the Court finds the Settlement Agreement to be particularly fair, adequate and reasonable in light of the risk of establishing liability and the expense of further litigation.

IT IS HEREBY ORDERED THAT:

1.  The above class is certified, pursuant to Fed.R.Civ.P. 23(b)(3) consisting of all persons similarly situated in the State of Illinois, from whom Defendant Encore attempted to collect a delinquent consumer debt owed for an HSBC credit card, via the same initial form collection letter that was sent to Plaintiff (Complaint Exhibit C), which did not contain a 30-day validation notice, and as to which said notice was not provided to the consumer within 30 days of the initial letter from January 4, 2010, to January 4, 2011. Nicole J. Kiousis is appointed as representative of the Class, and his attorneys, David J. Philipps and Mary E. Philipps of Philipps & Philipps, Ltd., are appointed as Counsel for the Class.

2.  The Settlement Agreement dated March 10, 2011, is hereby granted preliminary approval.

3. Class Counsel shall send out the Class Notice to each Class Member by May 3, 2011.

4. Defendant, pursuant to 28 U.S.C. § 1715 of the Class Action Fairness Act, has notified the appropriate Federal and State regulatory authorities of this proposed Settlement, within 10 days of the filing of the motion to approve the Settlement Agreement, and shall file with the Court verification of Defendant's compliance with 28 U.S.C. § 1715(b).

5. Notice, in the form attached as Exhibit 2 to the Joint Motion, shall be sent by Class Counsel, to all Class Members at their last known addresses who shall have until June 7, 2011, to return their claim forms, opt-out, or present any objections to the settlement. No skip tracing of Class Members whose Class Notices are returned is necessary. The parties shall present the Settlement for final approval on June 21, 2011, at __10 AM__ p.m.

_____
Judge Harry D. Leinenweber,
United States District Court

DATED: April 12, 2011